April 30, 1957

**No. 60719.**—J. H. Brown et al. *v.* United States, protests 226724–K, etc.—

—C. D. 1852.   Motion of Government for rehearing denied.

Before the Second Division, May 8, 1957

**No. 60720.**—Intra-Mar Transport Corp. *v.* United States, protest 272682–K (New York).

Opinion by Lawrence, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.   The protest was therefore overruled.

**No. 60721.**—S. A. Reider & Co. *v.* United States, protest 274441–K (New York).

Opinion by Lawrence, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.   The protest was therefore overruled.

**No. 60722.**—Henry Laber & Associates *v.* United States, protest 275593–K (New York).

Opinion by Lawrence, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.   The protest was therefore over-ruled.

**No. 60723.**—Gematex Corporation *v.* United States, protest 275827–K (New York).

Opinion by Lawrence, J.   From a review of the record in this case, the court found that the protest was not filed within the 60-day statutory period provided by section 514, Tariff Act of 1930 (19 U. S. C. § 1514).   The protest was, therefore, dismissed as untimely.